IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKAY TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-352 |
| PHILADELPHIA COUNTY, et al, | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on December 20, 2021. The matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On April 25, 2022, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that (1) Plaintiff's motion for redress of grievance be denied and (2) the action be dismissed for failure to state a claim in accordance with 28 U.S.C. § 1915(e). ECF No. 11. Despite being given the opportunity to do so, Plaintiff failed to file an Objections to the Report and Recommendation. By Order dated May 20, 2022, the undersigned adopted the Report and Recommendation as the Opinion on this Court. ECF No. 12.

Despite the closure of this case, Plaintiff continues to send correspondence to this Court seeking habeas-type relief. ECF No. 13. As part of his correspondence, Plaintiff claims he is entitled to relief because the Commonwealth has failed to respond to his case. Plaintiff's argument in this regard is wrong. This case was dismissed for failure to state a claim upon which

relief could be granted pursuant to 28 U.S.C. § 1915 and this case has not been served on Defendants.

AND NOW, this 19th day of July 2022;

IT IS HEREBY ORDERED that Plaintiff's post-dismissal request for relief is denied.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge